08cv731·W·POR

| RETURN OF SERVICE | | |
|---|---|---|
| Service of the Summons and Complaint was made by me | DATE | 4/28 May 08 |
| NAME OF SERVER  DENNIS GRAY. | TITLE | TRANSMITTER |

FILED
MAY 2:56

CLERK US DISTRICT
SOUTHERN DISTRICT OF CALIFORNIA
BY ___VWH___ DEPUTY

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling, house or usual place of abode with a person of suitable age and discretion then residing therein:

   Name of person with whom the summons and complaint were left: _____

☐ Return unexecuted:

☒ Other (specify): Certified mail Return Receipt Requested.

FILED
MAY 05 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY ___ DEPUTY

| STATEMENT OF SERVICE FEES | | | |
|---|---|---|---|
| TRAVEL | | SERVICES | TOTAL $0.00 |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service is true and correct.

Executed on: 4/26/08
             Date

Signature of Server: Dennis Gray
Address of Server: 954 Surrey Dr, Bonita CA 91902

### NOTICE OF RIGHT TO CONSENT TO TRIAL BY A UNITED STATES MAGISTRATE

IN ACCORDANCE WITH THE PROVISION OF 28 USC 636(C) YOU ARE HEREBY NOTIFIED THAT A U.S. MAGISTRATE OF THIS DISTRICT MAY, UPON CONSENT OF ALL PARTIES, CONDUCT ANY OR ALL PROCEEDINGS, INCLUDING A JURY OR NON-JURY TRIAL, AND ORDER THE ENTRY OF A FINAL JUDGMENT. COUNSEL FOR THE PLAINTIFF HAS RECEIVED A CONSENT FORM.

YOU SHOULD BE AWARE THAT YOUR DECISION TO CONSENT OR NOT CONSENT IS ENTIRELY VOLUNTARY AND SHOULD BE COMMUNICATED SOLELY TO THE CLERK OF COURT. ONLY IF ALL PARTIES CONSENT WILL THE JUDGE OR MAGISTRATE TO WHOM THE CASE HAS BEEN ASSIGNED BE INFORMED OF YOUR DECISION.

JUDGEMENTS OF THE U.S. MAGISTRATES ARE APPEALABLE TO THE U.S. COURT OF APPEALS IN ACCORDANCE WITH THIS STATUTE AND THE FEDERAL RULES OF APPELLATE PROCEDURE.

1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure

::ODMA\PCDOCS\WORDPERFECT\14443\1 May 5, 1999 (11:34am)

Summons in a Civil Action (Rev 11/97)

# United States District Court
## SOUTHERN DISTRICT OF CALIFORNIA

Maria R. Metcalf
Plaintiff

vs

DREXEL LENDING GROUP, a CA Corp., OLD REPUBLIC TITLE CO., a CA Corp., AURORA LOAN SVCS, LLC, a CA LLC, MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, Inc., a Delaware Corporation and Robert E. Weiss, Inc. a California Corp.

**SUMMONS IN A CIVIL ACTION**
Case No.

'08 CV 731 W POR

TO: (Name and Address of Defendant)

DREXEL LENDING GROUP
8200 HAVEN AVENUE, SUITE 2109
RANCHO CUCAMONGA, CA 91730

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon PLAINTIFF'S ATTORNEY

Maria R. Metcalf
954 Surrey Drive
Bonita, CA 91902

An answer to the complaint which is herewith served upon you, within ___20___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

W. Samuel Hamrick, Jr.
CLERK

By _____, Deputy Clerk

APR 2 2 2008
DATE

Summons in a Civil Action

Page 1 of 2

::ODMA\PCDOCS\WORDPERFECT\14443\1 May 5, 1999 (11:34am)

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com®

VIENNA, VA 22182   OFFICIAL USE

| | | |
|---|---|---|
| Postage | $ | $1.65  0902 |
| Certified Fee | | $2.65 |
| Return Receipt Fee (Endorsement Required) | | $2.15 |
| Restricted Delivery Fee (Endorsement Required) | | $0.00 |
| Total Postage & Fees | $ | $6.45   04/26/2008 |

Sent To: MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, Inc.
Street, or PO: 1595 SPRING HILL RD, SUITE 310
City, St: VIENNA, VIRGINIA 22188

7007 2560 0000 6376 0715

---

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com®

LITTLETON CO 80124   OFFICIAL USE

| | | |
|---|---|---|
| Postage | $ | $1.65  0902 |
| Certified Fee | | $2.65 |
| Return Receipt Fee (Endorsement Required) | | $2.15 |
| Restricted Delivery Fee (Endorsement Required) | | $0.00 |
| Total Postage & Fees | $ | $6.45   04/26/2008 |

Sent To: AURORA LOAN SERVICES, LLC.
10350 PARK MEADOWS DRIVE
Littleton, CO 80124

Postmark: BONITA CA 91902-9998  APR 26 2008

7007 2560 0000 6376 0685

---

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com®

COVINA CA 91724   OFFICIAL USE

| | | |
|---|---|---|
| Postage | $ | $1.65  0902 |
| Certified Fee | | $2.65 |
| Return Receipt Fee (Endorsement Required) | | $2.15 |
| Restricted Delivery Fee (Endorsement Required) | | $0.00 |
| Total Postage & Fees | $ | $6.45   04/26/2008 |

Sent To: ROBERT E. WEISS INCORPORATED
Street: 920 S. VILLAGE OAKS DRIVE
City: COVINA, CA 91724

Postmark: BONITA CA 91902-9998  APR 26 2008

7007 2560 0000 6376 0708

---

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com®

MINNEAPOLIS MN 55401   OFFICIAL USE

| | | |
|---|---|---|
| Postage | $ | $1.65  0902 |
| Certified Fee | | $2.65 |
| Return Receipt Fee (Endorsement Required) | | $2.15 |
| Restricted Delivery Fee (Endorsement Required) | | $0.00 |
| Total Postage & Fees | $ | $6.45   04/26/2008 |

Sent To: OLD REPUBLIC TITLE Ins. Co.
Street, Ap or PO Box: 400 Second Avenue South
City, State: Minneapolis, MN 55401-2499

Postmark: BONITA CA 91902-9998  APR 26 2008

7007 2560 0000 6376 0678

---

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com®

RANCHO CUCAMONGA CA 91730   OFFICIAL USE

| | | |
|---|---|---|
| Postage | $ | $1.65  0902 |
| Certified Fee | | $2.65 |
| Return Receipt Fee (Endorsement Required) | | $2.15 |
| Restricted Delivery Fee (Endorsement Required) | | $0.00 |
| Total Postage & Fees | $ | $6.45   04/26/2008 |

Sent To: DREXEL LENDING GROUP
Street: 8200 HAVEN AVENUE, SUITE 2109
City: RANCHO CUCAMONGA, CA 91730

Postmark: BONITA CA 91902-9998  APR 26 2008

7007 2560 0000 6376 0692