08cv731-W-POR

# RETURN OF SERVICE

Service of the Summons and Complaint was made by me  DATE 4/26/08

NAME OF SERVER: Dennis Gray   TITLE: Transmitter

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling, house or usual place of abode with a person of suitable age and discretion then residing therein:
   Name of person with whom the summons and complaint were left:

☐ Return unexecuted:

☒ Other (specify): Certified Mail Return Receipt Requested

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL $0.00 |
|--------|----------|-------------|

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service is true and correct.

Executed on: 4/26/08
Date

Signature of Server

Address of Server: 954 Surrey Dr., Bonita, CA 91902

## NOTICE OF RIGHT TO CONSENT TO TRIAL BY A UNITED STATES MAGISTRATE

IN ACCORDANCE WITH THE PROVISION OF 28 USC 636(C) YOU ARE HEREBY NOTIFIED THAT A U.S. MAGISTRATE OF THIS DISTRICT MAY, UPON CONSENT OF ALL PARTIES, CONDUCT ANY OR ALL PROCEEDINGS, INCLUDING A JURY OR NON-JURY TRIAL, AND ORDER THE ENTRY OF A FINAL JUDGMENT. COUNSEL FOR THE PLAINTIFF HAS RECEIVED A CONSENT FORM.

YOU SHOULD BE AWARE THAT YOUR DECISION TO CONSENT OR NOT CONSENT IS ENTIRELY VOLUNTARY AND SHOULD BE COMMUNICATED SOLELY TO THE CLERK OF COURT. ONLY IF ALL PARTIES CONSENT WILL THE JUDGE OR MAGISTRATE TO WHOM THE CASE HAS BEEN ASSIGNED BE INFORMED OF YOUR DECISION. JUDGEMENTS OF THE U.S. MAGISTRATES ARE APPEALABLE TO THE U.S. COURT OF APPEALS IN ACCORDANCE WITH THIS STATUTE AND THE FEDERAL RULES OF APPELLATE PROCEDURE.

1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure

::ODMA\PCDOCS\WORDPERFECT\14443\1 May 5, 1999 (11:34am)

Summons in a Civil Action (Rev 11/97)

# United States District Court
## SOUTHERN DISTRICT OF CALIFORNIA

Maria R. Metcalf
Plaintiff

vs

DREXEL LENDING GROUP, a CA Corp., OLD REPUBLIC TITLE CO. a CA Corp., AURORA LOAN SVCS, LLC, a CA LLC, MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, Inc., a Delaware Corporation and Robert E. Weiss, Inc. a California Corp.

SUMMONS IN A CIVIL ACTION
Case No.

'08 CV 731   W POR

TO: (Name and Address of Defendant)

MORTGAGE ELECTRONIC
REGISTRATION SYSTEMS, Inc.
1595 SPRING HILL RD, SUITE 310
VIENNA, VIRGINIA 22188

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon PLAINTIFF'S ATTORNEY

Maria R. Metcalf
954 Surrey Drive
Bonita, CA 91902

An answer to the complaint which is herewith served upon you, within ____20____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

W. Samuel Hamrick, Jr.         APR 2 2 2008
                               DATE
CLERK
J. HINKLE

By _____, Deputy Clerk

Summons in a Civil Action

::ODMA\PCDOCS\WORDPERFECT\14443\1 May 5, 1999 (11:34am)