

**Metcalf**                                                  **08cv731 W (POR)**

**-v-**

**Drexel Lending Group, et al.**


# STRICKEN DOCUMENT


**9-Motion to Dismiss**


# 9