1  PETER J. SALMON (SBN 174386)
   MICHELLE A. MIERZWA (SBN 196175)
2  THOMAS N. ABBOTT (SBN 245568)
   PITE DUNCAN, LLP
3  525 E. Main Street
   P.O. Box 12289
4  El Cajon, CA 92022-2289
   Telephone: (619) 590-1300
5  Facsimile: (619) 590-1385
   E-Mail: tabbott@piteduncan.com
6
   Attorneys for Defendants AURORA LOAN SERVICES, LLC,
7  and MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC.

8
                      UNITED STATES DISTRICT COURT
9
                    SOUTHERN DISTRICT OF CALIFORNIA
10

11 | MARIA R. METCALF,                              | Case No. 3:08-cv-00731-W-POR
12 |         Plaintiff,                             |
                                                    | **NOTICE OF MOTION AND MOTION
13 | v.                                             | TO DISMISS FOR FAILURE TO
                                                    | SERVE DEFENDANT, FAILURE TO
14 | DREXEL LENDING GROUP, a California             | STATE A CLAIM UPON WHICH
   | corporation, OLD REPUBLIC TITLE                | RELIEF CAN BE GRANTED AND
15 | COMPANY, a California corporation,             | ALTERNATIVELY FOR A MORE
   | AURORA LOAN SERVICES LLC, a                    | DEFINITE STATEMENT (F.R.C.P.
16 | California limited liability company           | 12(b)(4), 12(b)(5),12(b)(6), and 12(e))**
   | MORTGAGE ELECTRONIC
17 | REGISTRATION SYSTEMS, INC., a                  | Date:      June 23, 2008
   | Delaware coporation, and ROEBRT E.             | Time:      10:30 a.m.
18 | WEISS INCORPORATION, a California              | Courtroom: 7
   | Corporation,,                                  |
19 |                                                | **NO ORAL ARGUMENT WILL BE HEARD
   |         Defendants.                            | [CivLR 7.1(d)1]**
20

21 TO PLAINTIFF AND ITS ATTORNEYS OF RECORD:

22      PLEASE TAKE NOTICE that on **June 23, 2008 at 10:30 a.m.**, or as soon thereafter as the

23 matter may be heard in the above-entitled court, located at 940 Front Street, San Diego, California

24 92101-8900, defendant MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC. will

25 move the court to dismiss the action pursuant to Federal Rule of Civil Procedure 12(b)(6) because

26 plaintiff's complaint fails to state a claim upon which relief can be granted, on the grounds that: each

27 cause of action set forth in the complaint is barred by the applicable statute of limitation. In the

28 alternative, defendant will move the court to order plaintiff to make a more definite statement

-1-
NOTICE OF MOTION AND MOTION TO DISMISS (FRCP 12(b)(6))

pursuant to Federal Rule of Civil Procedure 12(e).

The motion will be based on this Notice of Motion and Motion, the Memorandum of Points and Authorities filed herewith, and the pleadings and papers filed herein.

Dated: May 15, 2008

PITE DUNCAN, LLP

By: */s/ Thomas N. Abbott*
THOMAS N. ABBOTT
Attorneys for Defendants AURORA LOAN SERVICES, LLC, and MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC.
E-mail: tabbott@piteduncan.com

-2-
NOTICE OF MOTION AND MOTION TO DISMISS (FRCP 12(b)(6))

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address)<br>Peter J. Salmon (SBN 174386)<br>Michelle A. Mierzwa (SBN 196175)<br>Thomas N. Abbott (SBN 245568)<br>PITE DUNCAN, LLP<br>525 E. Main Street<br>P. O. Box 12289<br>El Cajon, CA 92022-2289<br>ATTORNEY FOR: (Name) Defendant AURORA LOAN SERVICES, LLC | TELEPHONE NO.<br>(619) 590-1300 | FOR COURT USE ONLY |
|---|---|---|
| U. S. DISTRICT COURT, SOUTHERN DISTRICT OF CALIFORNIA<br>STREET ADDRESS:    940 Front Street<br>MAILING ADDRESS:<br>CITY & ZIP CODE:    San Diego, California 92101-8900<br>BRANCH:    Edward J. Schwartz U.S. Courthouse | | |
| PLAINTIFF:    MARIA R. METCALF | | |
| DEFENDANT:    DREXEL LENDING GROUP, et al. | | |
| **DECLARATION OF SERVICE**<br>[CCP 1013, 2015.5 and 1011]  [CRC 2003 and 2006(d)] | | CASE NUMBER:<br>CV07-08149 RGK(JCRx) |

I am employed in the County of Orange, State of California. I am over the age of 18 and not a party to the within action; my business address is 1820 E. First Street, Suite 420, Santa Ana, California 92705. On May 15, 2008, I served the following document(s) or true copies thereof, with all exhibits, described as: **NOTICE OF MOTION AND MOTION TO DISMISS FOR FAILURE TO SERVE DEFENDANT, FAILURE TO STATE A CLAIM UPON WHICH RELIEF CAN BE GRANTED AND ALTERNATIVELY FOR A MORE DEFINITE STATEMENT (F.R.C.P. 12(b)(4), 12(b)(5), 12(b)(6), and 12(e))**, on the interested parties in this action as follows:

- See Court's service list as of the date of this declaration for e-service recipients
- And sent by mail to: Maria R. Metcalf, 954 Surrey Drive, Chula Vista, CA 91902

[APPLICABLE PARAGRAPH(S) CHECKED:]

**X**  BY ELECTRONIC TRANSFER: I caused the above-entitled document(s) to be electronically filed and served on the interested parties via CM/ECF e-service at http://www.casd.uscourts.gov/ on May 15, 2008. A copy transmission receipt will be maintained with the original document(s) in our office.

___  BY MAIL: I caused such envelope with first-class postage fully prepaid thereon to be placed in the United States mail at Santa Ana, California, addressed as follows:

**X**  BY MAIL IN THE ORDINARY COURSE OF BUSINESS: I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice, it would be deposited with the U. S. Postal Service on that same day with first-class postage thereon fully prepaid at Santa Ana, CA, in the ordinary course of business.

I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

___  BY PERSONAL SERVICE: I caused the foregoing document to be personally served by hand to the offices of the addressee.

___  BY FACSIMILE TRANSMISSION: I caused the foregoing document to be sent via facsimile transmission to the facsimile number(s) listed with each party.

___  STATE: I certify/declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

**X**  FEDERAL: I certify/declare/state under penalty of perjury that the foregoing is true and correct, and that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed: May 15, 2008

Barbara J. Finley