Timothy M. Ryan, Bar No. 178059
Kimberly L. Roig, Bar No. 249004
THE RYAN FIRM
A Professional Corporation
1100 N. Tustin Avenue, Suite 200
Anaheim, California 92807
Telephone (714) 666-1362; Fax (714) 666-1443

Attorneys for Defendant DGG FINANCIAL CORPORATION dba DREXEL LENDING GROUP (erroneously sued as Drexel Lending Group, a California corporation)

# IN THE UNITED STATES DISTRICT COURT

# FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIA R. METCALF,<br><br>    Plaintiff,<br><br>vs.<br><br>DREXEL LENDING GROUP, a California corporation; OLD REPUBLIC TITLE COMPANY, a California corporation; AURORA LOAN SERVICES, LLC; a California limited liability company; MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., a Delaware corporation; and ROBERT E. WEISS INCORPORATED, a California corporation,<br><br>    Defendants. | CASE NO.:  3:08-cv-00731-W-POR<br><br>**SUPPLEMENTAL PROOF OF SERVICE** |

///
///
///
///
///

# PROOF OF SERVICE

I am over the age of eighteen years and not a party to the within action. I am employed by The Ryan Firm, A Professional Corporation, whose business address is: 1100 North Tustin Avenue, Suite 200, Anaheim, California 92807.

On **May 16, 2008**, I served the within document(s) described as: **(1) DGG FINANCIAL CORPORATION DBA DREXEL LENDING GROUP'S NOTICE OF MOTION AND MOTION TO DISMISS; (2) MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF DEFENDANT DGG FINANCIAL CORPORATION DBA DREXEL LENDING GROUP'S MOTION TO DISMISS; (3) REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF DEFENDANT DGG FINANCIAL CORPORATION DBA DREXEL LENDING GROUP'S MOTION TO DISMISS; (4) [PROPOSED] ORDER GRANTING DEFENDANT DGG FINANCIAL CORPORATION DBA DREXEL LENDING GROUP'S MOTION TO DISMISS** on the interested parties in this action by placing true copy(ies) thereof enclosed in sealed envelope(s) addressed as follows:

| Name & Address | Telephone/Fax/E-mail | Role |
| --- | --- | --- |
| Thomas N. Abbott, Esq.<br>Pite Duncan, LLP<br>P.O. Box 12289<br>El Cajon, CA 92022-2289 | Tel.: (213)458-2586<br>tabbott@piteduncan.com | Counsel for Defendants AURORA LOAN SERVICES, LLC and MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC. |
| Cris A. Klingerman, Esq.<br>Robert E. Weiss, Inc.<br>920 S. Village Oaks Drive<br>Covina, CA 91724 | Tel.: (626) 967-4302<br>Fax: (626) 967-9216<br>cklingerman@rewlaw.com | Counsel for Defendant ROBERT E. WEISS, INC. |
| Edward A. Treder, Esq.<br>L/O Robert E Weiss Inc.<br>920 S. Village Oaks Drive<br>Covina, CA 91722-3605 | Tel.: (626) 967-4302<br>Fax: (626) 339-7103<br>etreder@rewlaw.com | Co-counsel for Defendant ROBERT E. WEISS, INC. |

☒ **BY MAIL** (C.C.P. § 1013(a))–I deposited such envelope(s) for processing in the mailroom in our offices. I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. It is deposited with the

1  U.S. Postal Service on that same day with postage thereon fully prepaid at
2  Anaheim, California, in the ordinary course of business.  I am aware that on
3  motion of a party served, service is presumed invalid if postal cancellation date or
4  postage meter date is more than one day after the date of deposit for mailing in
5  affidavit.
6  ☒  (Federal) I declare that I am employed in the office of a member of the bar of this
7  Court at whose direction the service was made.
8  Executed on **May** /6 , **2008**, at Anaheim, California.

TYLER J. KEMP, DECLARANT

THE RYAN FIRM
A Professional Corporation