PETER J. SALMON (SBN 174386)
MICHELLE A. MIERZWA (SBN 196175)
THOMAS N. ABBOTT (SBN 245568)
PITE DUNCAN, LLP
525 E. Main Street
P.O. Box 12289
El Cajon, CA 92022-2289
Telephone: (619) 590-1300
Facsimile: (619) 590-1385
E-Mail: tabbott@piteduncan.com

Attorneys for Defendants
AURORA LOAN SERVICES, LLC and MORTGAGE ELECTRONIC SYSTEMS, INC.

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIA R. METCALF,<br><br>Plaintiff,<br><br>v.<br><br>DREXEL LENDING GROUP, a California corporation, OLD REPUBLIC TITLE COMPANY, a California corporation, AURORA LOAN SERVICES LLC, a California limited liability company MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., a Delaware coporation, and ROEBRT E. WEISS INCORPORATION, a California Corporation,<br><br>Defendants. | Case No. 3:08-CV-00731-W-POR<br><br>DEFENDANTS AURORA LOAN SERVICES, LLC'S AND MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC'S REPLY BASED ON NON OPPOSITION TO THE MOTION TO DISMISS<br><br>[F.R.Civ.P., Rule 12(b)(6)]<br><br>Date:        June 23, 2008<br>Time:       10:30 a.m.<br>Courtroom:  7<br><br>**NO ORAL ARGUMENT WILL BE HEARD [CivLR 7.1(d)1]** |

Defendants Aurora Loan Services, LLC ("Aurora") and Mortgage Electronic Registration Systems, Inc. ("MERS") have received no opposition from Plaintiff Maria R. Metcalf to Aurora's and MERS' Motion to Dismiss under Fed. R. Civ. P. 12(b)(6), which is scheduled to be heard by this Court on June 23, 2008.

*United States District Court, Southern District of California Local Rule* 7.1(e)(2) requires an opposing party to file and serve opposition papers, or a written statement that the party does not oppose the motion. Aurora's and MERS' Motion to Dismiss is set to be heard on June 23, 2008, and therefore, Plaintiff's opposition was due to be filed and served no later than June 9, 2008.

-1-
REPLY BASED ON NON OPPOSITION TO MOTION TO DISMISS                    1662329.wpd

1  Because Aurora's and MERS' Motion to Dismiss is well founded and unopposed, Aurora
2  and MERS respectfully request this Court grant their motion and dismiss Aurora and MERS from
3  the above captioned case.

4  Dated:  June 16, 2008                    PITE DUNCAN, LLP

                                            By:  /s/ Thomas N. Abbott
                                                 THOMAS N. ABBOTT
                                                 Attorneys for Defendants
                                                 AURORA LOAN SERVICES, LLC and
                                                 MORTGAGE ELECTRONIC
                                                 REGISTRATION SYSTEMS, INC.
                                                 E-mail: tabbott@piteduncan.com