| | |
|---|---|
| 1 | PETER J. SALMON (SBN 174386) |
| | MICHELLE A. MIERZWA (SBN 196175) |
| 2 | THOMAS N. ABBOTT (SBN 245568) |
| | PITE DUNCAN, LLP |
| 3 | 525 E. Main Street |
| | P.O. Box 12289 |
| 4 | El Cajon, CA 92022-2289 |
| | Telephone: (619) 590-1300 |
| 5 | Facsimile:  (619) 590-1385 |
| | E-Mail: tabbott@piteduncan.com |
| 6 | |
| | Attorneys for Plaintiff AURORA LOAN SERVICES, LLC |
| 7 | |

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| MARIA R. METCALF, | Case No. 3:08-CV-00731-W-POR |
|---|---|
| Plaintiff, | PROOF OF SERVICE |
| v. | [F.R.Civ.P., Rule 12(b)(6)] |
| DREXEL LENDING GROUP, a California corporation, OLD REPUBLIC TITLE COMPANY, a California corporation, AURORA LOAN SERVICES LLC, a California limited liability company MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., a Delaware coporation, and ROEBRT E. WEISS INCORPORATION, a California Corporation, | Date:         June 23, 2008<br>Time:         10:30 a.m.<br>Courtroom:  7<br><br>**NO ORAL ARGUMENT WILL BE HEARD [CivLR 7.1(d)1]** |
| Defendants. | |

    I, the undersigned, declare:  I am, and was at the time of service of the papers herein referred to, over the age of 18 years, and not a party to this action.  My business address is 525 East Main Street, El Cajon, California 92020.   On June 16, 2008, I electronically filed and mail served the following document(s):

    **Defendant's Aurora Loan Services, LLC's And Mortgage Electronic Registration Systems, Inc's Reply Based On Non Opposition To The Motion To Dismiss**

on the parties in this action addressed as follows:

/./././

/././

1  Maria R. Metcalf
   954 Surrey Drive
2  Chula Vista, CA 91902

3      I placed a true copy in a sealed envelope addressed as indicated above. I am readily familiar
4  with the firm's practice of collection and processing correspondence for mailing. It is deposited with
5  the U.S. Postal Service on that same day in the ordinary course of business. I am aware that on
6  motion of party served, service is presumed invalid if postal cancellation date or postage meter date
7  is more than one day after date of deposit for mailing in affidavit.

8      I declare under penalty of perjury under the laws of the State of California that the foregoing
9  is true and correct.

10     Executed June 16, 2008, at San Diego, California.

11

12                                              _____
                                                VALERIE BLAKE
13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28