## PROOF OF SERVICE

**Name of Action:** Maria Metcalf v. Drexel Lending Group, et al.
**Court and Action No:** U.S. Southern District Court - Case No: 08 cv 731

I, Michelle Rogers, declare that I am over the age of eighteen years, and not a party to this action or proceeding. My business address is 4695 MacArthur Court, Suite 350, Newport Beach, CA 92660. On June 19, 2008, I caused the following document(s) to be served:

**NOTICE OF MOTION AND MOTION BY DEFENDANT OLD REPUBLIC TITLE COMPANY TO DISMISS THE COMPLAINT FOR FAILURE TO STATE A CLAIM UPON WHICH RELIEF CAN BE GRANTED OR, IN THE ALTERNATIVE, FOR A MORE DEFINITE STATEMENT; MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT THEREOF and REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF OLD REPUBLIC TITLE COMPANY'S MOTION TO DISMISS THE COMPLAINT FOR FAILURE TO STATE A CLAIM UPON WHICH RELIEF CAN BE GRANTED OR, IN THE ALTERNATIVE, FOR A MORE DEFINITE STATEMENT**

☐ by placing a true copy of the document(s) listed above, enclosed in a sealed envelope, addressed as set forth below, for collection and mailing on the date and at the business address shown above following our ordinary business practices. I am readily familiar with this business' practice for collection and processing of correspondence for mailing with the United States Postal Service. On the same day that a sealed envelope is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service with postage fully prepaid.

☐ by having a true copy of the document(s) listed above transmitted by facsimile to the person(s) at the facsimile number(s) set forth below before 5:00 p.m. The transmission was reported as complete without error by a report issued by the transmitting facsimile machine. A true and correct copy of the transmission report is attached hereto.

☐ by having personally delivered a true copy of the document(s) listed above, enclosed in a sealed envelope, to the person(s) and at the address(es) set forth below.

☒ by electronically filing them with the court to be served on all parties.

*Please see attached Service List*

I declare under penalty of perjury that the foregoing is true and correct. Executed on June 19, 2008, at Newport Beach, California.

_Michelle Rogers_
Michelle Rogers

O0105003/668922-1

Case 3:08-cv-00731-W-POR   Document 24   Filed 06/28/2008   Page 2 of 2

Name of Action: Maria Metcalf v. Drexel Lending Group, et al.
Court and Action No: U.S. Southern District Court - Case No: 08 cv 731

Service List

| | | |
|---|---|---|
| Maria R. Metcalf<br>954 Surrey Drive<br>Chula Vista, CA 91902 | | **Plaintiff in Pro Per** |
| Cris A. Klingerman<br>L/O Robert E. Weiss Incorporated<br>920 Village Oaks Drive<br>Covina, CA 91724 | (626) 967-4302 | **Attorneys for Robert E. Weiss Incorporated** |
| Timothy M. Ryan<br>Kimberly L. Roig<br>The Ryan Firm<br>1100 N. Tustin Ave., Suite 200<br>Anaheim, CA 92807 | (714) 666-1362<br>(714) 666-1443 | **Attorneys for DGG Financial Corp. dba Drexel Lending Group** |
| Peter J. Salmon<br>Michelle A. Mierzwa<br>Thomas N. Abbott<br>Pite Duncan, LLP<br>525 E. Main Street<br>P.O. Box 12289<br>El Cajon, CA 92022 | (619) 590-1300<br>(619) 590-1385 | **Attorneys for Aurora Loan Services, LLC and Mortgage Electronic Registration Systems, Inc.** |

O0105003/668922-1

2