**CERTIFICATE OF SERVICE**

FILED
2008 JUN 26 PM 3: 23

Case No. 08-CV-00731-W-POR

Metcalf V. Drexel Lending

BY_____KMH_____DEPUTY

I HEREBY CERTIFY that a true and correct copy of the Documents noted on the attached list sere faxed on the 23rd, of June, 2008 to Drexell Lending Group at 909-527- 8525 and Robert e Weiss at 626-967-9216. And everyone else was faxed and email as per the attachment by the 25th of June 2008.

In addition I Faxed to:

1. _____
2. _____
3. _____
4. _____
5. _____
6. _____

_Dennis Gray_ (signature)
Dennis Gray

fromDennis gray <tlctrust@gmail.com>
toDennis gray <tlctrust@gmail.com>,
etreder@rewlaw.com,
cklingerman@rewlaw.com,
tabbott@piteduncan.com,
skester@kesterandquinlan.com,
tryan@theryanfirm.com

date: Wed, Jun 25, 2008 at 8:36 AM
subjectFwd: Injunction Application
mailed-bygmail.com

hide details 8:36 AM (1 hour ago) Reply

Sorry:

Forgot the attachment.

Dennis Gray  *Dennisbray 6/25/08*

- Show quoted text -
---------- Forwarded message ----------
From: Dennis gray <tlctrust@gmail.com>
Date: Wed, Jun 25, 2008 at 8:31 AM
Subject: Injunction Application

To: Dennis gray <tlctrust@gmail.com>, tryan@theryanfirm.com,
skester@kesterandquinlan.com, tabbott@piteduncan.com, cklingerman@rewlaw.com,
etreder@rewlaw.com

All of the above parties have been notified by email, USPS Mail and by Fax as of
6/25/2008.   regards the following case:

| MARIA R. METCALF, | ) | CASE NO.  3-08-CV-00731-W-POR |
|---|---|---|
|  | ) |  |
| Plaintiff, | ) | PLAINTIFF MARIA R. METCALF'S AND |
| v. | ) | INTERVENOR DENNIS R. GRAY'S |
|  | ) | EX PARTE APPLICATION FOR |
| DREXEL LENDING GROUP, a | ) | EMERGENCY INJUNCTION TO STAY |
| California corporation, OLD | ) | PENDING WRONGFUL AND ILLEGAL |
| REPUBLIC TITLE COMPANY, a | ) | UNLAWFUL DETAINER EVICTION ; |
| California corporation, AURORA | ) | TO CONTINUE HEARING RE |
| DEFENDANTS' |  |  |
| LOAN SERVICES LLC, a | ) | MOTIONS TO DISMISS AND MOTIONS TO |
| California limited liability company; | ) | REMAND OR ALTERNATIVELY, GRANT |
| MORTGAGE ELECTRONIC | ) | PLAINTIFF LEAVE TO AMEND THE |
| REGISTRATION SYSTEMS, INC., | ) | COMPLAINT INCLUDING CLAIMS OF |

| | |
|---|---|
| a Delaware corporation, and ) | INTERVENOR'S INTEREST; |
| MEMORANDUM | |
| ROBERT E. WEISS ) | OF POINTS AND AUTHORITIES; |
| INCORPORATED, a California ) | SUPPORTING DECLARATIONS; AND |
| Corporation, ) | CERTIFICATE RE NOTICE TO |
| DEFENDANTS. | |

)
)
)       NO HEARING DATE SET
)       Simultaneous hearing set for:
)       Date  June 23, 2008
)       Time: 10:30 a.m.
)       Courtroom: 7

Dennis Gray  *[signature: Dennis Gray]*  6/25/08

(6-23-08 Injunction application.pdf
733K   View as HTML   Download

*attachment*)