UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

## NOTICE OF DOCUMENT DISCREPANCIES

**FILED**
JUL - 3 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _KNH_ DEPUTY

TO: ☐ U. S. DISTRICT JUDGE / ☐ U. S. MAGISTRATE JUDGE    Whelan
FROM: K.Hammerly,     Deputy Clerk        RECEIVED DATE: 6/23/2008
CASE NO.: 08cv731           DOCUMENT FILED BY: Plaintiff Metcalf
CASE TITLE: Metcalf v. Drexel, et al
DOCUMENT ENTITLED: Plaintiff's Motion

Upon the submission of the attached document(s), the following discrepancies are noted:

| ✓ | Local Rule | Discrepancy |
|---|---|---|
| X | 5.1 | Missing time and date on motion and/or supporting documentation |
| ☐ | 5.3 | Document illegible or submitted on thermal facsimile paper |
| ☐ | **5.4** | **Document not filed electronically. Notice of Noncompliance already issued.** |
| ☐ | 7.1 or 47.1 | Date noticed for hearing not in compliance with rules/Document(s) are not timely |
| X | 7.1 or 47.1 | Lacking memorandum of points and authorities in support as a separate document |
| ☐ | 7.1 or 47.1 | Briefs or memoranda exceed length restrictions |
| ☐ | 7.1 | Missing table of contents |
| ☐ | 15.1 | Amended pleading not complete in itself |
| ☐ | 30.1 | Depositions not accepted absent a court order |
| ☐ | | Supplemental documents require court order |
| ☐ | | Default Judgment in sum certain includes calculated interest |

OTHER: Is largely duplicative of Doc. No. 25. Regarding the request for intervention, the moving party must obtain a hearing date from court's law clerk and file a noticed motion with a memo. of Points & Authorities.

Date forwarded: 6/23/2008

### ORDER OF THE JUDGE / MAGISTRATE JUDGE

**IT IS HEREBY ORDERED:**

☐ The document is to be filed nunc pro tunc to date received.

☒ The document is NOT to be filed, but instead REJECTED. and it is ORDERED that the Clerk serve a copy of this order on all parties.

Rejected document to be returned to pro se or inmate? ☒ Yes    Court Copy retained by chambers ☐

Counsel is advised that any further failure to comply with the Local Rules may lead to penalties pursuant to Local Rule 83.1

CHAMBERS OF: THOMAS J. WHELAN

Dated: 7/2/08       By: Law Clerk
cc: All Parties

K:\COMMON\FORMS\CIVCRM35.WPD
Form # Civ/Crim 35 (4/98) -- [Docuument Discrepancy / Court Order]

1 | Maria R. Metcalf, Pro Se        **REJECTED**
2 | 954 Surrey Drive
3 | Bonita, CA  91902

IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALLIFORNIA

| | |
|---|---|
| MARIA R. METCALF, | ) |
| Plaintiff | ) Case No. 3:08-CV-00731-W-POR |
| vs. | ) **PLAINTIFF MARIA R. METCALF'S** |
| DREXEL LENDING GROUP, et al., | ) **MOTION FOR LEAVE TO FILE FOR A** |
| | ) **CONTINUANCE, FOR ADDITIONAL TIME** |
| Defendants. | ) **OR ALTERNATIVELY FOR LEAVE TO** |
| | ) **AMEND PLEADINGS AND INTERVENOR'S** |
| | ) **MOTION TO INTERVENE** |

    Plaintiff, Maria R. Metcalf, moves this Honorable Court for the entry of an Order for leave to file for a continuance, for additional time to file in opposition to Motion to Dismiss, or alternatively for leave to amend pleadings, and of intervenor Dennis Gray to intervene in this matter, and as grounds therefore would state as follows:

    1. Defendant's Aurora Loan Services, LLC and Mortgage Electronic Registration Systems, Inc. have filed a Notice of Motion and Motion to Dismiss for Failure to serve Defendant Failure to State a Claim upon which relief can be granted and alternatively for a more definite statement. Said defendants have also filed a Reply based on Non-Opposition to the Motion to Dismiss.