Timothy M. Ryan, Bar No. 178059
Kimberly L. Roig, Bar No. 249004
THE RYAN FIRM
A Professional Corporation
1100 N. Tustin Avenue, Suite 200
Anaheim, California 92807
Telephone (714) 666-1362; Fax (714) 666-1443

Attorneys for Defendant DGG FINANCIAL CORPORATION dba DREXEL LENDING GROUP (erroneously sued as Drexel Lending Group, a California corporation)

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIA R. METCALF,<br><br>    Plaintiff,<br><br>vs.<br><br>DREXEL LENDING GROUP, a California corporation; OLD REPUBLIC TITLE COMPANY, a California corporation; AURORA LOAN SERVICES, LLC; a California limited liability company; MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., a Delaware corporation; and ROBERT E. WEISS INCORPORATED, a California corporation,<br><br>    Defendants. | CASE NO.: 3:08-cv-00731-W-POR<br><br>**DEFENDANT DGG FINANCIAL CORPORATION DBA DREXEL LENDING GROUP'S REQUEST TO CONTINUE EARLY NEUTRAL EVALUATION CONFERENCE**<br><br>Date: July 22, 2008<br>Time: 10:00 a.m.<br>Location: Chambers<br>Judge: Hon. Louisa S. Porter |

    Defendant DGG Financial Corporation dba Drexel Lending Group ("Drexel") filed a motion to dismiss in response to Plaintiff Maria R. Metcalf's ("Metcalf") complaint, the hearing of which was scheduled for June 23, 2008. However, on June 23, 2008, Metcalf filed an ex parte application for, among other things, a continuance of the hearing on Defendants' motions to dismiss.

1    On July 3, 2008, the Honorable Thomas J. Whelan granted Metcalf's request and
2 continued Drexel's motion to dismiss to August 1, 2008. Though Drexel's motion is
3 scheduled for August 1, 2008, no oral argument is permitted pursuant to *United States*
4 *District Court, Southern District of California Local Rule* 7.1(d)(1). As such, the Court
5 may or may not rule on Drexel's motion on August 1, 2008.
6    *United States District Court, Southern District of California Local Rule* 16.1(c)(1)
7 provides:
8    "Within forty-five (45) days of the filing of an answer, counsel and the
9    parties shall appear before the assigned judicial officer supervising
10   discovery for an early neutral evaluation conference; this appearance shall
11   be made with authority to discuss and enter into settlement."
12   Accordingly, this Court scheduled an early neutral evaluation conference for July
13 22, 2008. In light of the continued hearing date on Drexel's motion to dismiss, Drexel
14 respectfully requests continuance of the early neutral evaluation conference. Good cause[1]
15 exists to grant Drexel's request because the case will not be at issue on July 22nd and
16 judicial resources would be preserved by continuing the hearing to a time in which the
17 parties can meaningfully discuss resolution of the case.
18 DATED:    July 14, 2008             THE RYAN FIRM
                                       A Professional Corporation
19
20
21                                     By: _____
                                           TIMOTHY M. RYAN
22                                         KIMBERLY L. ROIG
                                           Attorneys for Defendant DGG
23                                         FINANCIAL CORPORATION dba
                                           DREXEL LENDING GROUP
24
25 r:\9187 drexel lending group\9187-0005 maria r. metcalf v. dgg financial\pleadings\request to cont ene.doc

---

[1] "Attendance may be excused only for good cause shown and by permission of the court. Sanctions may be appropriate for an unexcused failure to attend." (*United States District Court, Southern District of California Local Rule* 16.1(c)(1)(c).)

Reply Based on Non-Opposition to Motion to Dismiss

# PROOF OF SERVICE

I am over the age of eighteen years and not a party to the within action. I am employed by The Ryan Firm, A Professional Corporation, whose business address is: 1100 North Tustin Avenue, Suite 200, Anaheim, California 92807.

On July 14, 2008, I served the within document(s) described as: **DEFENDANT DGG FINANCIAL CORPORATION DBA DREXEL LENDING GROUP'S REQUEST TO CONTINUE EARLY NEUTRAL EVALUATION CONFERENCE** on the interested parties in this action:

☒ by placing ☐ the original ☒ true copy(ies) thereof enclosed in sealed envelope(s) ☒ addressed as follows: ☐ addressed as stated on the attached mailing list.

| Name & Address | Telephone/Fax/E-mail | Role |
|---|---|---|
| Maria R. Metcalf<br>954 Surrey Drive<br>Chula Vista, CA 91902 | | Plaintiff pro se |
| Thomas N. Abbott, Esq.<br>Pite Duncan, LLP<br>P.O. Box 12289<br>El Cajon, CA 92022-2289 | Tel.: (213)458-2586<br>tabbott@piteduncan.com | Counsel for Defendants AURORA LOAN SERVICES, LLC and MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC. |
| Cris A. Klingerman, Esq.<br>Robert E. Weiss, Inc.<br>920 S. Village Oaks Drive<br>Covina, CA 91724 | Tel.: (626) 967-4302<br>Fax: (626) 967-9216<br>cklingerman@rewlaw.com | Counsel for Defendant ROBERT E. WEISS, INC. |
| Edward A. Treder, Esq.<br>L/O Robert E Weiss Inc.<br>920 S. Village Oaks Drive<br>Covina, CA 91722-3605 | Tel.: (626) 967-4302<br>Fax: (626) 339-7103<br>etreder@rewlaw.com | Co-counsel for Defendant ROBERT E. WEISS, INC. |

☒ **BY MAIL** (C.C.P. § 1013(a))–I deposited such envelope(s) for processing in the mailroom in our offices. I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. It is deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid at Anaheim, California, in the ordinary course of business. I am aware that on motion of a party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after the date of deposit for mailing in affidavit.

☒ (Federal) I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on July 14, 2008, at Anaheim, California.

_____
TYLER J. KEMP

THE RYAN FIRM
A Professional Corporation

Proof of Service