```
 1  PETER J. SALMON (SBN 174386)
    MICHELLE A. MIERZWA (SBN 196175)
 2  THOMAS N. ABBOTT (SBN 245568)
    PITE DUNCAN, LLP
 3  525 E. Main Street
    P.O. Box 12289
 4  El Cajon, CA 92022-2289
    Telephone: (619) 590-1300
 5  Facsimile:  (619) 590-1385
    E-Mail: tabbott@piteduncan.com
 6
    Attorneys for Defendants
 7  AURORA LOAN SERVICES, LLC and MORTGAGE ELECTRONIC SYSTEMS, INC.
```

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| MARIA R. METCALF,<br><br>Plaintiff,<br><br>v.<br><br>DREXEL LENDING GROUP, a California corporation, OLD REPUBLIC TITLE COMPANY, a California corporation, AURORA LOAN SERVICES LLC, a California limited liability company MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., a Delaware corporation, and ROBERT E. WEISS INCORPORATION, a California Corporation,,<br><br>Defendants. | Case No. 3:08-cv-00731-W-POR<br><br>**DEFENDANTS AURORA LOAN SERVICES, LLC'S AND MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC'S REPLY BASED ON NON OPPOSITION TO THE MOTION TO DISMISS**<br><br>[F.R.Civ.P., Rule 12(b)(6)]<br><br>Date:          August 1, 2008<br>Time:         11:00 a.m.<br>Courtroom:  7<br><br>**NO ORAL ARGUMENT WILL BE HEARD [CivLR 7.1(d)1]** |
|---|---|

On July 3, 2008, the Court granted Plaintiff's request to continue the hearing on the Motion to Dismiss filed by Defendants Aurora Loan Services, LLC ("Aurora") and Mortgage Electronic Registration Systems, Inc. ("MERS"). The deadline for Plaintiff to file an opposition to the Motion to Dismiss was extended to July 19, 2008. Aurora and MERS have received no opposition from Plaintiff to their Motion to Dismiss under Fed. R. Civ. P. 12(b)(6), which is now scheduled to be heard by this Court on August 1, 2008.

Because Aurora's and MERS' Motion to Dismiss is well founded and unopposed, Aurora and MERS respectfully request this Court grant their motion and dismiss Aurora and MERS from the above captioned case.

1  Dated:  July 21, 2008                    PITE DUNCAN, LLP

                                            By:   */s/ Thomas N. Abbott*
                                                  THOMAS N. ABBOTT
                                                  Attorneys for Defendants
                                                  AURORA LOAN SERVICES, LLC and
                                                  MORTGAGE ELECTRONIC
                                                  REGISTRATION SYSTEMS, INC.
                                                  E-mail: tabbott@piteduncan.com