UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIA R. METCALF,<br><br>                          Plaintiff,<br><br>     v.<br><br>DREXEL LENDING GROUP, a CA Corp., OLD REPUBLIC TITLE CO. A CA Corp., AURORA LOAN SVCS, LLC, a CA LLC, MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., a Delaware Corporation and ROBERT E. WEISS, INC., a California Corporation,<br><br>                          Defendants. | Civil No.   08cv0731-W (POR)<br><br>**ORDER FOLLOWING EARLY NEUTRAL EVALUATION AND SCHEDULING SETTLEMENT CONFERENCE** |

On July 22, 2008, the Court held an Early Neutral Evaluation. Appearing before the Court were Plaintiff Maria Metcalf; Timothy Ryan, Esq., counsel for Defendant Drexel Lending Group; Dennis Gamalinda, a representative of Defendant Drexel Lending Group; Thomas Abbott, Esq., counsel for Defendants Aurora Loan Services, LLC, and Mortgage Electronic Registration Systems Inc.; and Cris Klingerman, Esq., a representative and counsel for Defendant Robert E. Weiss, Inc. Due to counsel's misreading of the Court's prior order noticing the Early Neutral Evaluation, representatives of Defendants Aurora Loan Services, LLC, and Mortgage Electronic Registration Systems Inc. did not appear at the conference. Additionally, counsel for Defendant Old Republic Title Co. and its representative did not appear because counsel failed to update its contact information with the Clerk's Office and therefore did not receive notice of the conference.

Based on discussions with the parties, the Court finds good cause to delay issuing Rule 26

1  dates until after the pending motions to dismiss have been decided.  Further, the Court schedules a
2  Settlement Conference on **September 4, 2008** at **1:30 p.m.**  The conference shall be <u>telephonic</u>, with
3  <u>Plaintiff and attorneys only</u>.  Mr. Klingerman shall initiate and coordinate the call.
4      **IT IS SO ORDERED.**

6  DATED:  July 23, 2008

                                                         *[signature]*
8                                                   LOUISA S PORTER
                                                 United States Magistrate Judge

10  cc:        The Honorable Thomas J. Whelan
              all parties