**FILED**
JUL 28 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY   Cf   DEPUTY

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIA R. METCALF,<br><br>                      Plaintiff,<br>v.<br><br>DREXEL LENDING CORP., et al.,<br><br>                      Defendants. | CASE NO: 08-CV-0731 W (POR)<br><br>**ORDER DENYING MOTIONS TO DISMISS AS MOOT [DOC. NOS. 13, 14, 16 & 22]** |

Pending before the Court are motions to dismiss the Complaint filed by Defendant Aurora Loan Services, LLC (Doc. No. 13), Defendant Mortgage Electronic Registration Systems, Inc. (Doc. No. 14), Defendant DGG Financial Corporation dba Drexel Lending Group (Doc. No. 16), and Defendant Old Republic Title Company (Doc. No. 22).

On July 23, 2008, Plaintiff filed an Amended Complaint.[1] (Doc. No. 37.) Because the original Complaint is no longer the operative pleading, the Court **DENIES AS MOOT** the motions to dismiss (Doc. Nos. 13, 14, 16 & 22).

**IT IS SO ORDERED.**

Dated: July 28, 2008

HON. THOMAS J. WHELAN
United States District Court
Southern District of California

---

[1] The Court granted Plaintiff leave to amend the complaint. (See Doc. No. 36.)