Maria R. Metcalf
Dennis R. Gray
Plaintiffs in proper
954 Surrey Drive
Chula Vista, CA 91902

**FILED**
2008 AUG -1 PM 4: 01
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY _____ KNH _____ DEPUTY

Maria R. Metcalf, plaintiff
Dennis R. Gray, plaintiff

## IN THE UNITED STATES DISTRICT COURT

## FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIA R. METCALF, DENNIS R. GRAY,  Plaintiff, v.  DREXEL LENDING GROUP, a California corporation, OLD REPUBLIC TITLE COMPANY, a California corporation, AURORA LOAN SERVICES LLC, a California limited liability company; MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., a Delaware corporation, and ROBERT E. WEISS INCORPORATED, a California Corporation, | CASE NO. 3-08-CV-00731–W-POR  **NOTICE OF FILING OF FIRST AMENDED COMPLAINT**  **NO HEARING DATE SET** |

PLEASE TAKE NOTICE THAT Plaintiffs Maria R. Metcalf and Dennis Gray filed the first amended complaint on issues presented in Metcalf's complaint on July 22, 2008.

Dated: August 1, 2008

*[signature]*
Plaintiff: Dennis R. Gray

Respectfully submitted,

*[signature]*
Plaintiff: Maria Metcalf

1

NOTICE OF FILING OF AMENDED COMPLAINT

**CERTIFICATE OF SERVICE**

I, *Beau Metcalf* hereby certify this 1st day of August 2008 I caused a true and correct copy of the foregoing to be mailed to the interested parties as follows: Defendant DREXEL LENDING GROUP at 8200 Haven Avenue, Suite 2109, Rancho Cucamonga, CA 91730, upon Defendant OLD REPUBLIC TITLE COMPANY at 9645 Granite Ridge Drive, Suite 300 San Diego CA 92123, upon Defendant MERS at PO Box 2026, Flint MI 48501, upon Defendant ROBERT E. WEISS INCORPORATED at 920 South Village Oaks Drive, Covina, CA 91724 and upon Defendant AURORA LOAN SERVICES LLC by serving JAMES T. LEE, ESQ attorney for Defendant AURORA at Law Offices of Robert E. Weiss Incorporated at 920 South Village Oaks Drive, Covina, CA 91724.

By _/s/ Beau J. Metcalf_

Maria R. Metcalf, Pro se
Dennis R. Gray, Pro se
954 Surrey Drive
Chula Vista, CA  91902

FILED

08 JUL 22 PM 3:09

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY:  _____ DEPUTY

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIA R. METCALF,<br>DENNIS R. GRAY<br><br>Plaintiffs,<br><br>vs.<br><br>DREXEL LENDING GROUP, a California corporation, AURORA LOAN SERVICES, LLC, a California limited liability company, and ROBERT E. WEISS INC., a California Corporation,<br><br>Defendant, | CASE NO. 08-CV-00731-W-POR<br><br>**AMENDED COMPLAINT FOR DAMAGES**<br><br>1. **INJUNCTIVE RELIEF**<br>2. **STATUTORY DAMAGES**<br>3. **FRAUD**<br>4. **BREACH OF CONTRACT**<br>5. **QUIET TITLE AND**<br>6 **DECLARATORY RELIEF** |

Plaintiffs, Maria R. Metcalf and Dennis R. Gray, (Collectively "Plaintiffs") allege and sue Defendants DREXEL LENDING GROUP (hereinafter Defendant "DREXEL"), AURORA LOAN SERVICES, LLC (hereinafter Defendant "AURORA'), and ROBERT E. WEISS INCORPORATED (hereinafter Defendant "Weiss") (Collectively, "Defendants") and as grounds therefore would state as follows:

### PRELIMINARY ALLEGATIONS

1. This complaint is filed for emergency injunctive relief and declaratory relief to enforce Plaintiff's rights due to defendants' violations of Federal and state statutes