```
 1  PETER J. SALMON (SBN 174386)
    MICHELLE A. MIERZWA (SBN 196175)
 2  THOMAS N. ABBOTT (SBN 245568)
    PITE DUNCAN, LLP
 3  4375 JUTLAND DRIVE, SUITE 200
    SAN DIEGO, CA 92117
 4  TELEPHONE: (619) 590-1300
    FACSIMILE: (619) 590-1385
 5  E-Mail: tabbott@piteduncan.com

 6  Attorneys for Defendant
    AURORA LOAN SERVICES LLC
 7
```

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIA R. METCALF and DENNIS R. GRAY,<br><br>Plaintiffs,<br><br>v.<br><br>DREXEL LENDING GROUP, a California corporation, AURORA LOAN SERVICES LLC, a California limited liability company, and ROBERT E. WEISS INCORPORATED, a California corporation,<br><br>Defendants. | Case No. 3:08-cv-00731-W-POR<br><br>**DEFENDANT AURORA LOAN SERVICES LLC'S NOTICE OF MOTION AND MOTION TO DISMISS PLAINTIFFS FIRST AMENDED COMPLAINT AND ALTERNATIVELY FOR A MORE DEFINITE STATEMENT**<br><br>Date:         September 15, 2008<br>Time:        9:30 a.m.<br>Courtroom: 7<br><br>**NO ORAL ARGUMENT WILL BE HEARD [CivLR 7.1(d)1]** |

TO PLAINTIFF AND ITS ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that on September 15, 2008, or as soon thereafter as the matter may be heard in the above-entitled court, located at 940 Front Street, San Diego, California 92101-8900, defendant AURORA LOAN SERVICES LLC ("Aurora") will move the court to dismiss the action pursuant to Federal Rule of Civil Procedure 12(b)(6) on the grounds that: Plaintiff Dennis Gray lacks standing and the First Amended Complaint by both Plaintiffs fails to state a claim upon which relief can be granted. In the alternative, Aurora will move the court to order Plaintiffs to make a more definite statement pursuant to Federal Rule of Civil Procedure 12(e).

/././

/././

-1-
NOTICE OF MOTION AND MOTION TO DISMISS                    1680372.wpd

1     The motion will be based on this Notice of Motion and Motion, the Memorandum of Points and Authorities filed herewith, the Request for Judicial Notice and all the pleadings and papers filed previously in this case.

Dated: August 8, 2008                  PITE DUNCAN, LLP

By:   /s/ Thomas N. Abbott
      THOMAS N. ABBOTT
      Attorneys for Defendant
      AURORA LOAN SERVICES LLC
      E-mail: tabbott@piteduncan.com