1  PETER J. SALMON (SBN 174386)
   MICHELLE A. MIERZWA (SBN 196175)
2  THOMAS N. ABBOTT (SBN 245568)
   PITE DUNCAN, LLP
3  4375 JUTLAND DRIVE, SUITE 200
   SAN DIEGO, CA 92117
4  TELEPHONE: (619) 590-1300
   FACSIMILE: (619) 590-1385
5  E-Mail: tabbott@piteduncan.com

6  Attorneys for Defendant
   AURORA LOAN SERVICES LLC
7

8                    UNITED STATES DISTRICT COURT

9                   SOUTHERN DISTRICT OF CALIFORNIA

10 | MARIA R. METCALF and DENNIS R.       | Case No. 3:08-cv-00731-W-POR
   | GRAY,                                |
11 |                                      | DEFENDANT AURORA LOAN
   |            Plaintiffs,               | SERVICES LLC'S *AMENDED* NOTICE
12 |                                      | OF MOTION AND MOTION TO
   |     v.                               | DISMISS PLAINTIFFS FIRST
13 |                                      | AMENDED COMPLAINT AND
   | DREXEL LENDING GROUP, a California   | ALTERNATIVELY FOR A MORE
14 | corporation, AURORA LOAN SERVICES    | DEFINITE STATEMENT
   | LLC, a California limited liability company, |
15 | and ROBERT E. WEISS INCORPORATED, a  | Date:       September 15, 2008
   | California corporation,              | Time:       9:30 a.m.
16 |                                      | Courtroom:  7
   |            Defendants.               |
17 |                                      |
   |                                      | NO ORAL ARGUMENT WILL BE
18 |                                      | HEARD [CivLR 7.1(d)1]

19 TO PLAINTIFF AND ITS ATTORNEYS OF RECORD:

20       PLEASE TAKE NOTICE that on September 15, 2008, or as soon thereafter as the matter may

21 be heard in the above-entitled court, located at 940 Front Street, San Diego, California 92101-8900,

22 defendant AURORA LOAN SERVICES LLC ("Aurora") will move the court to dismiss the action

23 pursuant to Federal Rule of Civil Procedure 12(b)(6) on the grounds that: Plaintiff Dennis Gray lacks

24 standing and the First Amended Complaint by both Plaintiffs fails to state a claim upon which relief

25 can be granted. In the alternative, Aurora will move the court to order Plaintiffs to make a more

26 definite statement pursuant to Federal Rule of Civil Procedure 12(e).

27 /././

28 /././

-1-
NOTICE OF MOTION AND MOTION TO DISMISS                                    1680372.wpd

1 | The motion will be based on this Notice of Motion and Motion, the Memorandum of Points
2 | and Authorities filed herewith, the Request for Judicial Notice and all the pleadings and papers filed
3 | previously in this case.

Dated: August 8, 2008                                  PITE DUNCAN, LLP


By:  /s/ Thomas N. Abbott
     THOMAS N. ABBOTT
     Attorneys for Defendant
     AURORA LOAN SERVICES LLC
     E-mail: tabbott@piteduncan.com