JOHN D. DUNCAN (SBN 179560)
PETER J. SALMON (SBN 174386)
MICHELLE A. MIERZWA (SBN 196175)
PITE DUNCAN, LLP
4375 JUTLAND DRIVE, SUITE 200
SAN DIEGO, CA 92117
TELEPHONE: (619) 590-1300
FACSIMILE: (619) 590-1385
E-Mail: mmierzwa@piteduncan.com

Attorneys for Defendant
AURORA LOAN SERVICES LLC

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIA R. METCALF,<br><br>          Plaintiff,<br><br>     v.<br><br>DREXEL LENDING GROUP, a California corporation, OLD REPUBLIC TITLE COMPANY, a California corporation, AURORA LOAN SERVICES LLC, a California limited liability company MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., a Delaware corporation, and ROBERT E. WEISS INCORPORATION, a California Corporation,,<br><br>          Defendants. | Case No. 3:08-cv-00731-W-POR<br><br>**DECLARATION OF SERVICE BY U.S. MAIL**<br><br>Complaint Filed:<br>Trial Date: |

I, the undersigned, declare: I am, and was at the time of service of the papers herein referred to, over the age of 18 years, and not a party to this action. My business address is 4375 Jutland Drive, Suite 200, San Diego CA 92117.

On August 8, 2008, I served the following document(s):

    1.    Defendant Aurora Loan Services LLC's Notice of Motion and Motion to Dismiss Plaintiffs First Amended Complaint and Alternatively for a More Definite Statement;

    2.    Memorandum of Points and Authorities in Support Defendant Aurora Loan Services LLC's Notice of Motion and Motion to Dismiss Plaintiffs First Amended Complaint and Alternatively for a More Definite Statement ;

    3.    Request for Judicial Notice,

on the parties in this action addressed as follows:

1  Maria R. Metcalf
   954 Surrey Dr.
2  Bonita, CA 91902

3         I placed a true copy in a sealed envelope addressed as indicated above. I am readily familiar
4  with the firm's practice of collection and processing correspondence for mailing. It is deposited with
5  the U.S. Postal Service on that same day in the ordinary course of business. I am aware that on
6  motion of party served, service is presumed invalid if postal cancellation date or postage meter date
7  is more than one day after date of deposit for mailing in affidavit.
8         I declare under penalty of perjury under the laws of the State of California that the foregoing
9  is true and correct.
10        Executed August 8, 2008, at San Diego, California.

12
13                                                    _____
                                                      Dottie Morris

-2-
**DECLARATION OF SERVICE BY U.S. MAIL**                                    1681869.wpd