Timothy M. Ryan, Bar No. 178059
Kimberly L. Roig, Bar No. 249004
THE RYAN FIRM
A Professional Corporation
1100 N. Tustin Avenue, Suite 200
Anaheim, California 92807
Telephone (714) 666-1362; Fax (714) 666-1443

Attorneys for Defendant DGG FINANCIAL CORPORATION dba DREXEL LENDING GROUP (erroneously sued as Drexel Lending Group, a California corporation)

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIA R. METCALF, DENNIS R. GRAY,<br><br>　　　　　Plaintiffs,<br><br>vs.<br><br>DREXEL LENDING GROUP, a California corporation; OLD REPUBLIC TITLE COMPANY, a California corporation; AURORA LOAN SERVICES, LLC; a California limited liability company; MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., a Delaware corporation; and ROBERT E. WEISS INCORPORATED, a California corporation,<br><br>　　　　　Defendants. | CASE NO.: 3:08-cv-00731-W-POR<br><br>**DGG FINANCIAL CORPORATION DBA DREXEL LENDING GROUP'S NOTICE OF MOTION AND MOTION TO DISMISS OR ALTERNATIVE MOTION FOR A MORE DEFINITE STATEMENT**<br><br>[F.R.Civ.P., rule 12(b)(6) and rule 12(e)]<br><br>Date:　　　September 15, 2008<br>Time:　　　10:30 a.m.<br>Courtroom:　7<br>Judge:　　　Hon. Thomas J. Whelan<br><br>**NO ORAL ARGUMENT PURSUANT TO LOCAL RULE 7.1(d)(1)** |

**TO EACH PARTY AND THEIR COUNSEL OF RECORD:**

**PLEASE TAKE NOTICE** that on September 15, 2008 at 10:30 a.m., in Courtroom 7 of this Court located at 880 Front Street, Room 4290, San Diego, California, Defendant DGG Financial Corporation dba Drexel Lending Group ("Drexel") will move

1. this Court for an order dismissing this action and for a judgment of dismissal pursuant to
2. *Federal Rule of Civil Procedure*, rule 12(b)(6) on the basis that the complaint fails to
3. state a claim upon which relief can be granted. Alternatively, Drexel moves this Court to
4. order Plaintiffs to file a more definite statement.
5.     This motion is based upon the grounds that Plaintiffs Maria Metcalf and Dennis
6. Gray have failed to set forth any facts revealing any wrongdoing by Drexel. The motion
7. will be based upon this notice of motion and motion, the memorandum of points and
8. authorities submitted herewith, the request for judicial notice submitted herewith, the
9. files and records in this action, and any further evidence and argument that the Court may
10. receive at or before the hearing.
11. DATED:    August 11, 2008        THE RYAN FIRM
                                      A Professional Corporation



                                     By:_____
                                        TIMOTHY M. RYAN
                                        KIMBERLY L. ROIG
                                        Attorneys for Defendant DGG
                                        FINANCIAL CORPORATION dba
                                        DREXEL LENDING GROUP

r:\9187 drexel lending group\9187-0005 maria r. metcalf v. dgg financial\law & motion\motion to dismiss re fac\notice of motion and motion.doc