1  Timothy M. Ryan, Bar No. 178059
   Kimberly L. Roig, Bar No. 249004
2  THE RYAN FIRM
   A Professional Corporation
3  1100 N. Tustin Avenue, Suite 200
   Anaheim, California 92807
4  Telephone (714) 666-1362; Fax (714) 666-1443

5  Attorneys for Defendant DGG FINANCIAL CORPORATION dba DREXEL LENDING
   GROUP (erroneously sued as Drexel Lending Group, a California corporation)
6

7

8                    UNITED STATES DISTRICT COURT

9                 SOUTHERN DISTRICT OF CALIFORNIA

10

11  MARIA R. METCALF, DENNIS R.        )  CASE NO.:  3:08-cv-00731-W-POR
    GRAY,                              )
12                                     )
                                       )
13          Plaintiffs,                )  **DEFENDANT DGG FINANCIAL**
                                       )  **CORPORATION DBA DREXEL**
14  vs.                                )  **LENDING GROUP'S VERIFIED**
                                       )  **ANSWER TO FIRST AMENDED**
15  DREXEL LENDING GROUP, a            )  **COMPLAINT**
    California corporation; OLD         )
16  REPUBLIC TITLE COMPANY, a          )
    California corporation; AURORA      )
17  LOAN SERVICES, LLC; a California    )
    limited liability company;         )
18  MORTGAGE ELECTRONIC                )
    REGISTRATION SYSTEMS, INC., a      )
19  Delaware corporation; and ROBERT   )
    E. WEISS INCORPORATED, a           )
20  California corporation,            )
                                       )
21                                     )
           Defendants.                 )
22                                     )
                                       )
23  _____

24

25         Defendant DGG Financial Corporation dba Drexel Lending Group ("Drexel")

26  admits and denies the allegations in Plaintiffs' First Amended Complaint as follows:

27         1.     Answering paragraph 1, this answering Defendant has no information and

28  belief concerning the allegations contained therein and basing their denial on that ground,

THE RYAN FIRM
A Professional Corporation

1  denies generally and specifically, in the conjunctive and disjunctive, each and every

2  allegation contained therein.

3       2.      Answering paragraph 2, this answering Defendant has no information and

4  belief concerning the allegations contained therein and basing their denial on that ground,

5  denies generally and specifically, in the conjunctive and disjunctive, each and every

6  allegation contained therein.

7       3.      Answering paragraph 3, this answering Defendant denies it is committing

8  fraud in the factum and has no information and belief concerning the remaining

9  allegations contained therein, and basing their denial on that ground, denies generally and

10  specifically, in the conjunctive and disjunctive, each and every remaining allegation

11  contained therein.

12       4.      Answering paragraph 4, this answering Defendant has no information and

13  belief concerning the allegations contained therein and basing their denial on that ground,

14  denies generally and specifically, in the conjunctive and disjunctive, each and every

15  allegation contained therein.

16       5.      Answering paragraph 5, this answering Defendant has no information and

17  belief concerning the allegations contained therein and basing their denial on that ground,

18  denies generally and specifically, in the conjunctive and disjunctive, each and every

19  allegation contained therein.

20       6.      Answering paragraph 6, this answering Defendant has no information and

21  belief concerning the allegations contained therein and basing their denial on that ground,

22  denies generally and specifically, in the conjunctive and disjunctive, each and every

23  allegation contained therein.

24       7.      Answering paragraph 7, this answering Defendant has no information and

25  belief concerning the allegations contained therein and basing their denial on that ground,

26  denies generally and specifically, in the conjunctive and disjunctive, each and every

27  allegation contained therein.

28  ///

**THE RYAN FIRM**
A Professional Corporation

8.    Answering paragraph 8, this answering Defendant has no information and belief concerning the allegations contained therein and basing their denial on that ground, denies generally and specifically, in the conjunctive and disjunctive, each and every allegation contained therein.

9.    Answering paragraph 9, this answering Defendant denies any unlawful conduct and has no information and belief concerning the remaining allegations contained therein and basing their denial on that ground, denies generally and specifically, in the conjunctive and disjunctive, each and every allegation contained therein.

10.    Answering paragraph 10, this answering Defendant has no information and belief concerning the allegations contained therein and basing their denial on that ground, denies generally and specifically, in the conjunctive and disjunctive, each and every allegation contained therein.

11.    Answering paragraph 11, this answering Defendant has no information and belief concerning the allegations contained therein and basing their denial on that ground, denies generally and specifically, in the conjunctive and disjunctive, each and every allegation contained therein.

12.    Answering paragraph 12, this answering Defendant has no information and belief concerning the allegations contained therein and basing their denial on that ground, denies generally and specifically, in the conjunctive and disjunctive, each and every allegation contained therein.

13.    Answering paragraph 13, this answering Defendant has no information and belief concerning the allegations contained therein and basing their denial on that ground, denies generally and specifically, in the conjunctive and disjunctive, each and every allegation contained therein.

14.    Answering paragraph 14, this answering Defendant this answering Defendant has no information and belief concerning the allegations contained therein and basing their denial on that ground, denies generally and specifically, in the conjunctive

**THE RYAN FIRM**
A Professional Corporation

Answer to First Amended Complaint

1   and disjunctive, each and every allegation contained therein.

2       15.    Answering paragraph 15, this answering Defendant has no information and

3   belief concerning the allegations contained therein and basing their denial on that ground,

4   denies generally and specifically, in the conjunctive and disjunctive, each and every

5   allegation contained therein.

6       16.    Answering paragraph 16, this answering Defendant has no information and

7   belief concerning the allegations contained therein and basing their denial on that ground,

8   denies generally and specifically, in the conjunctive and disjunctive, each and every

9   allegation contained therein.

10      17.    Answering paragraph 17, this answering Defendant has no information and

11  belief concerning the allegations contained therein and basing their denial on that ground,

12  denies generally and specifically, in the conjunctive and disjunctive, each and every

13  allegation contained therein.

14      18.    Answering paragraph 18, this answering Defendant has no information and

15  belief concerning the allegations contained therein and basing their denial on that ground,

16  denies generally and specifically, in the conjunctive and disjunctive, each and every

17  allegation contained therein.

18      19.    Answering paragraph 19, this answering Defendant has no information and

19  belief concerning the allegations contained therein and basing their denial on that ground,

20  denies generally and specifically, in the conjunctive and disjunctive, each and every

21  allegation contained therein.

22      20.    Answering paragraph 20, this answering Defendant has no information and

23  belief concerning the allegations contained therein and basing their denial on that ground,

24  denies generally and specifically, in the conjunctive and disjunctive, each and every

25  allegation contained therein.

26      21.    Answering paragraph 21, this answering Defendant incorporates by

27  reference its answers to paragraphs 1 through 20 above.

28  ///

THE RYAN FIRM
A Professional Corporation

4                                   3:08-cv-00731-W-POR

THE RYAN FIRM
A Professional Corporation

1    22.    Answering paragraph 22, this answering Defendant has no information and

2    belief concerning the allegations contained therein and basing their denial on that ground,

3    denies generally and specifically, in the conjunctive and disjunctive, each and every

4    allegation contained therein.

5    23.    Answering paragraph 23, this answering Defendant has no information and

6    belief concerning the allegations contained therein and basing their denial on that ground,

7    ~~denies generally and specifically, in the conjunctive and disjunctive, each and every~~

8    allegation contained therein.

9    24.    Answering paragraph 24, this answering Defendant has no information and

10    belief concerning the allegations contained therein and basing their denial on that ground,

11    denies generally and specifically, in the conjunctive and disjunctive, each and every

12    allegation contained therein.

13    25.    Answering paragraph 25, this answering Defendant has no information and

14    belief concerning the allegations contained therein and basing their denial on that ground,

15    denies generally and specifically, in the conjunctive and disjunctive, each and every

16    allegation contained therein.

17    26.    Answering paragraph 26, this answering Defendant incorporates by

18    reference its answers to paragraphs 1 through 25 above.

19    27.    Answering paragraph 27, this answering Defendant has no information and

20    belief concerning the allegations contained therein and basing their denial on that ground,

21    denies generally and specifically, in the conjunctive and disjunctive, each and every

22    allegation contained therein.

23    28.    Answering paragraph 28, this answering Defendant has no information and

24    belief concerning the allegations contained therein and basing their denial on that ground,

25    denies generally and specifically, in the conjunctive and disjunctive, each and every

26    allegation contained therein.

27    29.    Answering paragraph 29, this answering Defendant has no information and

28    belief concerning the allegations contained therein and basing their denial on that ground,

1  denies generally and specifically, in the conjunctive and disjunctive, each and every

2  allegation contained therein.

3       30.     Answering paragraph 30, this answering Defendant has no information and

4  belief concerning the allegations contained therein and basing their denial on that ground,

5  denies generally and specifically, in the conjunctive and disjunctive, each and every

6  allegation contained therein.

7       31.     Answering paragraph 31, this answering Defendant has no information and

8  belief concerning the allegations contained therein and basing their denial on that ground,

9  denies generally and specifically, in the conjunctive and disjunctive, each and every

10  allegation contained therein.

11      32.     Answering paragraph 32, this answering Defendant incorporates by

12  reference its answers to paragraphs 1 through 31 above.

13      33.     Answering paragraph 33, this answering Defendant has no information and

14  belief concerning the allegations contained therein and basing their denial on that ground,

15  denies generally and specifically, in the conjunctive and disjunctive, each and every

16  allegation contained therein.

17      34.     Answering paragraph 34, this answering Defendant has no information and

18  belief concerning the allegations contained therein and basing their denial on that ground,

19  denies generally and specifically, in the conjunctive and disjunctive, each and every

20  allegation contained therein.

21      35.     Answering paragraph 35, this answering Defendant has no information and

22  belief concerning the allegations contained therein and basing their denial on that ground,

23  denies generally and specifically, in the conjunctive and disjunctive, each and every

24  allegation contained therein.

25      36.     Answering paragraph 36, this answering Defendant has no information and

26  belief concerning the allegations contained therein and basing their denial on that ground,

27  denies generally and specifically, in the conjunctive and disjunctive, each and every

28  allegation contained therein.

**THE RYAN FIRM**
A Professional Corporation

3:08-cv-00731-W-POR

Answer to First Amended Complaint

THE RYAN FIRM
A Professional Corporation

1    37.    Answering paragraph 37, this answering Defendant has no information and

2    belief concerning the allegations contained therein and basing their denial on that ground,

3    denies generally and specifically, in the conjunctive and disjunctive, each and every

4    allegation contained therein.

5    38.    Answering paragraph 38, this answering Defendant has no information and

6    belief concerning the allegations contained therein and basing their denial on that ground,

7    denies generally and specifically, in the conjunctive and disjunctive, each and every

8    allegation contained therein.

9    39.    Answering paragraph 39, this answering Defendant has no information and

10    belief concerning the allegations contained therein and basing their denial on that ground,

11    denies generally and specifically, in the conjunctive and disjunctive, each and every

12    allegation contained therein.

13    40.    Answering paragraph 40, this answering Defendant has no information and

14    belief concerning the allegations contained therein and basing their denial on that ground,

15    denies generally and specifically, in the conjunctive and disjunctive, each and every

16    allegation contained therein.

17    41.    Answering paragraph 41, this answering Defendant has no information and

18    belief concerning the allegations contained therein and basing their denial on that ground,

19    denies generally and specifically, in the conjunctive and disjunctive, each and every

20    allegation contained therein.

21    42.    Answering paragraph 42, this answering Defendant has no information and

22    belief concerning the allegations contained therein and basing their denial on that ground,

23    denies generally and specifically, in the conjunctive and disjunctive, each and every

24    allegation contained therein.

25    43.    Answering paragraph 43, this answering Defendant has no information and

26    belief concerning the allegations contained therein and basing their denial on that ground,

27    denies generally and specifically, in the conjunctive and disjunctive, each and every

28    allegation contained therein.

Answer to First Amended Complaint

1    44.    Answering paragraph 44, this answering Defendant incorporates by

2 reference its answers to paragraphs 1 through 43 above.

3    45.    Answering paragraph 45this answering Defendant has no information and

4 belief concerning the allegations contained therein and basing their denial on that ground,

5 denies generally and specifically, in the conjunctive and disjunctive, each and every

6 allegation contained therein.

7    46.    Answering paragraph 46, this answering Defendant does not know the

8 contents of that paragraph, as it is absent from the filed copy of Plaintiffs' First Amended

9 Complaint, and therefore cannot admit or deny the allegations.  Plaintiffs' First Amended

10 Complaint, however, does not appear to be missing a page since paragraph 45 ends on

11 page 10 and paragraph 48 begins on page 11.

12    47.    Answering paragraph 47, this answering Defendant does not know the

13 contents of that paragraph, as it is absent from the filed copy of Plaintiffs' First Amended

14 Complaint, and therefore cannot admit or deny the allegations.  Plaintiffs' First Amended

15 Complaint, however, does not appear to be missing a page since paragraph 45 ends on

16 page 10 and paragraph 48 begins on page 11.

17    48.    Answering paragraph 48, this answering Defendant incorporates by

18 reference its answers to paragraphs 1 through 47 above.

19    49.    Answering paragraph 49, this answering Defendant has no information and

20 belief concerning the allegations contained therein and basing their denial on that ground,

21 denies generally and specifically, in the conjunctive and disjunctive, each and every

22 allegation contained therein.

23    50.    Answering paragraph 50, this answering Defendant has no information and

24 belief concerning the allegations contained therein and basing their denial on that ground,

25 denies generally and specifically, in the conjunctive and disjunctive, each and every

26 allegation contained therein.

27    51.    Answering paragraph 51, this answering Defendant has no information and

28 belief concerning the allegations contained therein and basing their denial on that ground,

**THE RYAN FIRM**
A Professional Corporation

Answer to First Amended Complaint

1    denies generally and specifically, in the conjunctive and disjunctive, each and every

2    allegation contained therein.

3        52.    Answering paragraph 52, this answering Defendant has no information and

4    belief concerning the allegations contained therein and basing their denial on that ground,

5    denies generally and specifically, in the conjunctive and disjunctive, each and every

6    allegation contained therein.

7        53.    Answering paragraph 53, this answering Defendant has no information and

8    belief concerning the allegations contained therein and basing their denial on that ground,

9    denies generally and specifically, in the conjunctive and disjunctive, each and every

10   allegation contained therein.

11       54.    Answering paragraph 54, this answering Defendant has no information and

12   belief concerning the allegations contained therein and basing their denial on that ground,

13   denies generally and specifically, in the conjunctive and disjunctive, each and every

14   allegation contained therein.

15       55.    Answering paragraph 55, erroneously labeled paragraph "52," this

16   answering Defendant has no information and belief concerning the allegations contained

17   therein and basing their denial on that ground, denies generally and specifically, in the

18   conjunctive and disjunctive, each and every allegation contained therein.

19       56.    Answering paragraph 56, erroneously labeled paragraph "53," this

20   answering Defendant has no information and belief concerning the allegations contained

21   therein and basing their denial on that ground, denies generally and specifically, in the

22   conjunctive and disjunctive, each and every allegation contained therein.

23       57.    Answering paragraph 57, erroneously labeled paragraph "54," this

24   answering Defendant has no information and belief concerning the allegations contained

25   therein and basing their denial on that ground, denies generally and specifically, in the

26   conjunctive and disjunctive, each and every allegation contained therein.

27       58.    Answering paragraph 58, erroneously labeled paragraph "55," this

28   answering Defendant has no information and belief concerning the allegations contained

**THE RYAN FIRM**
A Professional Corporation

Answer to First Amended Complaint

1  therein and basing their denial on that ground, denies generally and specifically, in the

2  conjunctive and disjunctive, each and every allegation contained therein.

3      59.    Answering paragraph 59, erroneously labeled paragraph "56," this

4  answering Defendant incorporates by reference its answers to paragraphs 1 through 58

5  above.

6      60.    Answering paragraph 60, erroneously labeled paragraph "57," this

7  answering Defendant has no information and belief concerning the allegations contained

8  therein and basing their denial on that ground, denies generally and specifically, in the

9  conjunctive and disjunctive, each and every allegation contained therein.

10     61.    Answering paragraph 61, erroneously labeled paragraph "58," this

11  answering Defendant has no information and belief concerning the allegations contained

12  therein and basing their denial on that ground, denies generally and specifically, in the

13  conjunctive and disjunctive, each and every allegation contained therein.

14     62.    Answering paragraph 62, erroneously labeled paragraph "59," this

15  answering Defendant has no information and belief concerning the allegations contained

16  therein and basing their denial on that ground, denies generally and specifically, in the

17  conjunctive and disjunctive, each and every allegation contained therein.

18     63.    Answering paragraph 63, erroneously labeled paragraph "60," this

19  answering Defendant has no information and belief concerning the allegations contained

20  therein and basing their denial on that ground, denies generally and specifically, in the

21  conjunctive and disjunctive, each and every allegation contained therein.

22     64.    Answering paragraph 64, erroneously labeled paragraph "61," this

23  answering Defendant has no information and belief concerning the allegations contained

24  therein and basing their denial on that ground, denies generally and specifically, in the

25  conjunctive and disjunctive, each and every allegation contained therein.

26     65.    Answering paragraph 65, erroneously labeled paragraph "62," this

27  answering Defendant has no information and belief concerning the allegations contained

28  therein and basing their denial on that ground, denies generally and specifically, in the

**THE RYAN FIRM**
A Professional Corporation

Answer to First Amended Complaint

1  conjunctive and disjunctive, each and every allegation contained therein.

2      66.    Answering paragraph 66, erroneously labeled paragraph "63," this

3  answering Defendant has no information and belief concerning the allegations contained

4  therein and basing their denial on that ground, denies generally and specifically, in the

5  conjunctive and disjunctive, each and every allegation contained therein.

6  ## FIRST AFFIRMATIVE DEFENSE

7  ### (Failure to State Claim)

8      The First Amended Complaint, and every purported cause of action therein, fails

9  to allege facts sufficient to constitute a cause of action against Drexel.

10  ## SECOND AFFIRMATIVE DEFENSE

11  ### (Failure to Mitigate Damages)

12      Plaintiffs have failed to exercise reasonable care and diligence to avoid alleged

13  losses and minimize damages and therefore may not recover for losses, which could have

14  been prevented by reasonable efforts on their part or by expenditures that might

15  reasonably have been made. Therefore, Plaintiffs' recovery, if any, should be reduced by

16  the failure of Plaintiffs to mitigate their damages.

17  ## THIRD AFFIRMATIVE DEFENSE

18  ### (Waiver, Estoppel or Laches)

19      Plaintiffs' action as against Drexel is barred by one or more of the doctrines of

20  waiver, estoppel or laches.

21  ## FOURTH AFFIRMATIVE DEFENSE

22  ### (Lack of Standing)

23      Plaintiff Gray has no proprietary, equitable or other legal interest or right to be

24  adjudicated by the Court and therefore, Plaintiff lacks standing to bring this action or to

25  request any relief.

26  ///

27  ///

28  ///

THE RYAN FIRM
A Professional Corporation

Answer to First Amended Complaint

THE RYAN FIRM
A Professional Corporation

## FIFTH AFFIRMATIVE DEFENSE

### (Unclean Hands)

To the extent that Plaintiffs seek relief upon equitable principles, the relief sought is barred by the doctrine of unclean hands.

## SIXTH AFFIRMATIVE DEFENSE

### (Reduction of Damages Based on Third Party Fault)

This answering Defendant alleges that should it be found liable to Plaintiffs, which liability is expressly denied, this answering Defendant is entitled to have an award against it reduced or eliminated to the extent that the negligence, careless, false statements or defect resulted from the acts or omissions of other persons, which contributed to Plaintiffs' damages, if any.

## SEVENTH AFFIRMATIVE DEFENSE

### (No Damages)

Plaintiffs have failed to sustain any actual damages, a prerequisite to recovery under their Fist Amended Complaint.

## EIGHTH AFFIRMATIVE DEFENSE

### (Statute of Limitations)

The causes of action set forth in the First Amended Complaint fail because they have not been brought within their applicable statutes of limitation.

## NINTH AFFIRMATIVE DEFENSE

### (Comparative Fault)

This answering Defendant alleges that Plaintiffs were careless and negligent with respect to all matters alleged by them in the First Amended Complaint, and thus were comparatively at fault and proximately caused their own damages.  Accordingly, any damages recovered by Plaintiffs, if any there are, should be reduced in proportion to their own negligence.

///

///

Answer to First Amended Complaint

**THE RYAN FIRM**
A Professional Corporation

## TENTH AFFIRMATIVE DEFENSE

### (Third Party Fault)

This answering Defendant alleges that the damages complained of, if there were any, were proximately contributed to or caused by the carelessness, negligence, fault or defects resulting from acts/omissions of other persons unknown to this answering Defendant at this time, and were not caused in any way by this answering Defendant or by persons for whom this answering Defendant is legally responsible.

## ELEVENTH AFFIRMATIVE DEFENSE

### (Equitable and Judicial Estoppel)

This answering Defendant alleges that Plaintiffs are barred by the doctrine of equitable estoppel and the doctrine of judicial estoppel.

## TWELFTH AFFIRMATIVE DEFENSE

### (Res Judicata and Collateral Estoppel)

This answering Defendant alleges that Plaintiffs are barred by the doctrines of res judicata and or collateral estoppel.

## THIRTEENTH AFFIRMATIVE DEFENSE

### (Reservation of Additional Defense)

This answering Defendant is informed and believes, and thereon alleges, that there may be additional affirmative defenses available to it, of which it is not fully aware and therefore reserves the right to insert additional affirmative defenses at some future date in the event that facts or other information is received and said defenses become ascertained and known.

## FOURTEENTH AFFIRMATIVE DEFENSE

### (Negligence of Plaintiffs)

The damages or losses, if any, sustained by Plaintiffs were proximately caused and/or contributed to by the negligence, carelessness and/or reckless conduct of Plaintiffs, their agents or representatives.

///

3:08-cv-00731-W-POR

Answer to First Amended Complaint

**PRAYER**

**WHEREFORE**, this answering Defendant requests for relief as follows:

1.     That the First Amended Complaint be dismissed with prejudice;

2.     That the Plaintiffs take nothing thereby;

3.     For costs of suit incurred herein including reasonable attorneys' fees; and

4.     For such other and further relief as the Court may deem just and proper.

DATED:    August 11, 2008        THE RYAN FIRM
A Professional Corporation


By:_____
    TIMOTHY M. RYAN
    KIMBERLY L. ROIG
    Attorneys for Defendant DGG
    FINANCIAL CORPORATION dba
    DREXEL LENDING GROUP

r:\9187 drexel lending group\9187-0005 maria r. metcalf v. dgg financial\pleadings\answer to fac.doc

THE RYAN FIRM
A Professional Corporation

14

3:08-cv-00731-W-POR

**THE RYAN FIRM**
A Professional Corporation

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

## VERIFICATION

### STATE OF CALIFORNIA, COUNTY OF ORANGE

I have read the foregoing **DEFENDANT DGG FINANCIAL CORPORATION DBA DREXEL LENDING GROUP'S VERIFIED ANSWER TO FIRST AMENDED COMPLAINT** and know its contents.

☒ CHECK APPLICABLE PARAGRAPH

☐ I am a party to this action. The matters stated in the foregoing document are true of my own knowledge except as to those matters which are stated on information and belief, and as to those matters, I believe them to be true.

☒ I am ☒ an Officer  ☐ a partner  ☐ a party to this action, and am authorized to make this verification for and on its behalf, and I make this verification for that reason. ☐ I am informed and believe and on that ground allege that the matters stated in the foregoing document are true. ☒ The matters stated in the foregoing document are true of my own knowledge except as to those matters which are stated on information and belief, and as to those matters, I believe them to be true.

☐ I am one of the attorneys for _____, a party to this action. Such party is absent from the country of aforesaid where such attorneys have their offices, and I make this verification for and on behalf of that party for that reason. I am informed and believe and on that ground allege that the matters stated in the foregoing document are true.

Executed on _August 11_, 2008, at _Ontario_, California.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

By: _____
Aileen Gamalinda