|   |   |
|---|---|
| 1 | Timothy M. Ryan, Bar No. 178059 |
| 2 | Kimberly L. Roig, Bar No. 249004 |
|   | THE RYAN FIRM |
| 3 | A Professional Corporation |
|   | 1100 N. Tustin Avenue, Suite 200 |
| 4 | Anaheim, California 92807 |
|   | Telephone (714) 666-1362; Fax (714) 666-1443 |
| 5 |   |
| 6 | Attorneys for Defendant DGG FINANCIAL CORPORATION dba DREXEL LENDING GROUP (erroneously sued as Drexel Lending Group, a California corporation) |

## UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| MARIA R. METCALF, DENNIS R. GRAY, | ) CASE NO.: 3:08-cv-00731-W-POR |
|---|---|
| Plaintiffs, | ) **PROOF OF SERVICE** |
| vs. |   |
| DREXEL LENDING GROUP, a California corporation; OLD REPUBLIC TITLE COMPANY, a California corporation; AURORA LOAN SERVICES, LLC; a California limited liability company; MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., a Delaware corporation; and ROBERT E. WEISS INCORPORATED, a California corporation, |   |
| Defendants. |   |

///
///
///
///
///

I, Tyler J. Kemp, declare as follows:

1. I am over the age of eighteen years and not a party to the within action. I am employed by The Ryan Firm, A Professional Corporation, whose business address is: 1100 North Tustin Avenue, Suite 200, Anaheim, California 92807. I have personal knowledge of the facts stated herein and if called upon to do so I could and would competently testify thereto.

2. On August 11, 2008, I served the following documents described as:

   (a) DEFENDANT DGG FINANCIAL CORPORATION DBA DREXEL LENDING GROUP'S VERIFIED ANSWER TO FIRST AMENDED COMPLAINT;

   (b) DGG FINANCIAL CORPORATION DBA DREXEL LENDING GROUP'S NOTICE OF MOTION AND MOTION TO DISMISS OR ALTERNATIVE MOTION FOR A MORE DEFINITE STATEMENT;

   (c) MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF DEFENDANT DGG FINANCIAL CORPORATION DBA DREXEL LENDING GROUP'S MOTION TO DISMISS OR ALTERNATIVE MOTION FOR A MORE DEFINITE STATEMENT;

   (d) REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF DEFENDANT DGG FINANCIAL CORPORATION DBA DREXEL LENDING GROUP'S MOTION TO DISMISS; and

   (e) [PROPOSED] ORDER GRANTING DEFENDANT DGG FINANCIAL CORPORATION DBA DREXEL LENDING GROUP'S MOTION TO DISMISS.

3. I served the foregoing documents by placing true copies thereof into a sealed envelope addressed as follows: Maria R. Metcalf & Dennis Gray, 954 Surrey Drive, Chula Vista, CA 91902.

4. I deposited such envelope for processing in the mailroom in our offices. I am "readily familiar" with the firm's practice of collection and processing

correspondence for mailing. It is deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid at Anaheim, California, in the ordinary course of business. I am aware that on motion of a party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after the date of deposit for mailing in affidavit.

5. The remaining parties to the action were served in accordance with CivLR 5.4c.

6. I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed this 11th day of August 2008, at Anaheim, California.

_____
TYLER J. KEMP—DECLARANT

THE RYAN FIRM
A Professional Corporation