CRIS A KLINGERMAN
State Bar No. 82108
Law Offices
ROBERT E. WEISS INCORPORATED
920 Village Oaks Drive
Covina, CA 91724
(626) 967-4302

Attorneys for Defendant
ROBERT E. WEISS INCORPORATED

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIA R. METCALF,<br><br>                Plaintiff,<br><br>vs.<br><br>DREXEL LENDING GROUP, a CA Corp., OLD REPUBLIC TITLE CO. a CA Corp., AURORA LOAN SVCS, LLC, a CA LLC, MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., a Delaware Corporation and ROBERT E. WEISS, INC., a California corporation,<br><br>                Defendants. | CASE NO.: 08 CV 731 W POR<br><br>NOTICE OF CONTINUED TELEPHONIC SETTLEMENT CONFERENCE<br><br>DATE: OCTOBER 14, 2008<br>TIME: 1:30 P.M. |

TO PLAINTIFF AND ALL ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that a continued Settlement Conference has been scheduled by the Court for October 14, 2008 at 1:30 p.m. The conference will be TELEPHONIC. The Court, Plaintiff and all counsel may participate in the conference by dialing (800) 501-8979 and entering access code 9674302.

Dated: September 4, 2008                    ROBERT E. WEISS INCORPORATED


BY:   s/CRIS A KLINGERMAN
Attorney for Defendant
ROBERT E. WEISS INCORPORATED
cklingerman@rewlaw.com

1
Notice of Telephonic Settlement Conference

08 CV 731

## PROOF OF SERVICE BY MAIL (C.C.P. 1013a, 2015.5)

STATE OF CALIFORNIA    )
                       )
COUNTY OF LOS ANGELES  )

I, Dawn Gentry, declare as follows:

I am a resident of Los Angeles County, I am over the age of eighteen years and am not a party to the within entitled action; my business address is 920 S. Village Oaks Drive, Covina, California.

On September 5, 2008, I served the following:

NOTICE OF TELEPHONIC SETTLEMENT CONFERENCE

on the interested parties in said action by first class mail, postage prepaid, addressed as follows:

Maria R. Metcalf, Pro Se
954 Surrey Dr.
Bonita, CA 91902

I am "readily familiar" with the firm's practice of collection and processing of correspondence for mailing. Under that practice, it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid at Covina, California, in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after the date of deposit for mailing affidavit/declaration.

I declare under penalty of perjury and the laws of the State of California that the foregoing is true and correct.

Executed on September 5, 2008, at Covina, California.

_____
DAWN GENTRY