UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIA R. METCALF,<br><br>         Plaintiff,<br><br>   v.<br><br>DREXEL LENDING GROUP, a CA Corp., OLD REPUBLIC TITLE CO. A CA Corp., AURORA LOAN SVCS, LLC, a CA LLC, MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., a Delaware Corporation and ROBERT E. WEISS, INC., a California Corporation,<br><br>         Defendants. | Civil No. 08cv0731-W (POR)<br><br>**ORDER SCHEDULING SETTLEMENT CONFERENCE** |

   On September 4, 2008, the Court held a Settlement Conference. Plaintiff Maria R. Metcalf and Plaintiff Dennis Gray appeared in *propria persona*. Cris Klingerman, Esq., appeared as counsel for Defendant Robert E. Weiss Incorporated. Thomas N. Abbott, Esq., appeared as counsel for Defendants Aurora Loan Services, LLC ("Aurora") and Mortgage Electronic Registration Systems, Inc. ("MERS"). Tim Ryan, Esq., appeared as counsel for Defendant Drexel Lending Group. The case did not settle. Counsel represent that the pending motion to dismiss has yet to be decided. Based thereon, IT IS HEREBY ORDERED:

   1.  The Court finds that until the pleadings have been determined, it is difficult to issue scheduling dates. Thus, the Court finds good cause to delay issuing Rule 26 dates.

//

1      2.    A Settlement Conference shall be held on **October 14, 2008** at **1:30 p.m**. The conference shall be <u>telephonic</u>, with <u>attorneys only</u>. Cris Klingerman, Esq., shall coordinate the call.

**IT IS HEREBY ORDERED.**

DATED: September 10, 2008

_____
LOUISA S PORTER
United States Magistrate Judge

cc:     The Honorable Thomas J. Whelan
       all parties