JOHN D. DUNCAN (SBN 179560)
PETER J. SALMON (SBN 174386)
MICHELLE A. MIERZWA (SBN 196175)
PITE DUNCAN, LLP
4375 Jutland Drive, Suite 200
San Diego, CA 92117
Telephone: (619) 590-1300
Facsimile: (619) 590-1385
E-Mail: mmierzwa@piteduncan.com

Attorneys for Defendant AURORA LOAN SERVICES LLC

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIA R. METCALF,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>DREXEL LENDING GROUP, a California corporation, OLD REPUBLIC TITLE COMPANY, a California corporation, AURORA LOAN SERVICES LLC, a California limited liability company MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., a Delaware corporation, and ROBERT E. WEISS INCORPORATION, a California Corporation,,<br><br>　　　　Defendants. | Case No. 3:08-cv-00731-W-POR<br><br>**DECLARATION OF SERVICE** |

　　I, the undersigned, declare: I am, and was at the time of service of the papers herein referred to, over the age of 18 years, and not a party to this action. My business address is 4375 Jutland Drive, Suite 200, San Diego, CA 92117.

　　On September 8, 2008, I served the following document(s):

**Reply by Defendants Aurora Loan Services LLC and Mortgage Electronic Registration Systems, Inc. to Plaintiff's Opposition to Motion to Dismiss**

on the parties in this action addressed as follows:

Maria R. Metcalfe
954 Surrey Dr.
Bonito, CA  91902

-1-
DECLARATION OF SERVICE                           1692740.wpd

1     I placed a true copy in a sealed envelope addressed as indicated above. I am readily familiar
2 with the firm's practice of collection and processing correspondence for mailing. It is deposited with
3 the U.S. Postal Service on that same day in the ordinary course of business. I am aware that on
4 motion of party served, service is presumed invalid if postal cancellation date or postage meter date
5 is more than one day after date of deposit for mailing in affidavit.
6     I declare under penalty of perjury under the laws of the State of California that the foregoing
7 is true and correct.
8     Executed September 8, 2008, at San Diego, California.

*/s/ Dottie Morris*
Dottie Morris

-2-
**DECLARATION OF SERVICE**　1692740.wpd