1
2
3
4
5
6
7
8
9
10                    UNITED STATES DISTRICT COURT
11                   SOUTHERN DISTRICT OF CALIFORNIA
12

| | |
|---|---|
| MARIA R. METCALF, et al., | CASE NO. 08-CV-00731 W POR |
| Plaintiffs, | **ORDER DENYING MOTION FOR RECONSIDERATION (DOC NO. 66)** |
| vs. | |
| DREXEL LENDING GROUP, et al., | |
| Defendants. | |

On October 29, 2008, this Court issued an order granting Defendants' motions to dismiss the First Amended Complaint (the "Dismissal Order"). (*See* Doc. No. 61.) On November 20, 2008, Plaintiff Maria Metcalf and Dennis Gray filed a motion for reconsideration of the Dismissal Order. (*See* Doc. No. 66). On November 24, 2008, Plaintiff filed a Second Amended Complaint. (*See* Doc. No. 67.) In light of the filing

//
//
//
//

of the SAC, the motion for reconsideration is now moot. According, the motion is **DENIED** as moot.[1]

**IT IS SO ORDERED.**

DATED: December 10, 2008

_____
Hon. Thomas J. Whelan
United States District Judge

---

[1] Chambers Rules provide that "**No motion for reconsideration shall be filed without leave of court.**" (*See* Chamber Rules, p.3.) Plaintiff also failed to comply with this Chambers Rule.